UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MANUEL DE JESUS ENAMORADO SAAVEDRA,

Petitioner,

v.

FACILITY ADMINISTRATOR OF DESERT VIEW ANNEX, ET AL.,

Respondents.

**Case No. 5:26-cv-04664-SRM-ADS**

**ORDER REGARDING PETITIONER MANUEL DE JESUS ENAMORADO SAAVEDRA'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [3]**

**[A-NUMBER: 220394654]**

Having reviewed Manuel de Jesus Enamorado Saavedra's (A-Number: 220394654) (aka Manuel de Jesus Enamorado Sayadera) ("Petitioner") Notice of Emergency Motion for Temporary Restraining Order and Preliminary Injunction & Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 3, "Application"), **IT IS ORDERED THAT**:

1. Petitioner Manuel de Jesus Enamorado Saavedra (A-Number: 220394654) may not be **moved to a location outside the jurisdictional boundaries of the United States District Court for the Central District of California during the pendency of this action, unless otherwise ordered by the court.**
2. Respondents shall file an opposition no later than August 26, 2026, at 9:00 a.m.

3. Unless the court orders otherwise, Petitioner's Application will be deemed submitted, without oral argument, on either: (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The court may order further briefing or other proceedings, at any time, as appropriate.
4. Petitioner's counsel shall forthwith provide notice of this Order to respondents and file a proof of service no later than August 21, 2026, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: August 21, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE